SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
EDMOND NEAL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDMOND NEAL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Z & R OIL CORPORATION D/B/A CHEVRON; S & E 786 ENTERPRISE, LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01552-DSF (KSx)<br><br>**Request for Entry of Default (as to Defendants Z & R OIL CORPORATION D/B/A CHEVRON and S & E 786 ENTERPRISE, LLC)** |

　　TO:　THE CLERK OF THE ABOVE-ENTITLED COURT

　　Plaintiff EDMOND NEAL hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendants Z & R OIL CORPORATION D/B/A CHEVRON and S & E 786 ENTERPRISE, LLC ("Defendants"), on the ground that said Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the Complaint on Defendants as evidenced by the proofs of service of summons on file.

\\

---

REQUEST FOR ENTRY OF DEFAULT - 1

1
2   Dated: May 14, 2021                SO. CAL. EQUAL ACCESS GROUP
3
4                                      By:   /s/ *Jason J. Kim*_____
                                             Jason J. Kim, Esq.
5                                            Attorneys for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

I, Mike Jun, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On May 14, 2021, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| S & E 786 Enterprise, LLC | Z & R Oil Corporation d/b/a Chevron |
| C/O Jafar Rashid | C/O Jafar Rashid |
| 3300 S. La Cienega Blvd. | 3300 S. La Cienega Blvd. |
| Los Angeles, CA 90016 | Los Angeles, CA 90016 |

DOCUMENT(S): **Request for Entry of Default (as to Defendants Z & R OIL CORPORATION D/B/A CHEVRON and S & E 786 ENTERPRISE, LLC)**

(X)   BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( )   BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( )   BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( )   BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( )   ONLY BY ELECTRONIC TRANSMISSION: Only by e-mailing the document(s) to the persons at the e-mail address(es) listed. This is necessitated during the Coronavirus (Covid-19) pandemic because this office may be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on May 14, 2021, at Los Angeles, California.